**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| HOYT WARRENFELTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:11 – CV – 00231 – JPG - DGW |
| | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, HOYT WARRENFELTZ, by and through the undersigned

counsel and hereby informs the court that a settlement of the present matter has been reached and

is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on

calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:_/s/ Adam T. Hill_____
Adam T. Hill
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison St., 10th Floor
Chicago, IL 60602
Phone: (323) 988-2400 ext 238
Fax: (866) 870-0941
E-Mail: ahill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted via electronic mail to the following:

Adrienne Rowberry
140 Corporate Boulevard
Office of General Counsel
E-mail: arowberry@portfoliorecovery.com

s/ Adam T. Hill_____
Adam T. Hill
Attorney for Plaintiff