## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOYT WARRENFELTZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 11-cv-231-JPG-DGW |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

**DATED:** July 18, 2011

            **NANCY ROSENSTENGEL, Clerk of Court**

            **By:s/Deborah Agans, Deputy Clerk**


**APPROVED:** *s/J. Phil Gilbert*
       **J. PHIL GILBERT**
       **U. S. DISTRICT JUDGE**